**1674** CITY OF BENTON HARBOR vs. ST. JOSEPH & BENTON
    HARBOR STREET RAILWAY COMPANY, No. 14435,
    102 M., 386.

To compel respondent to pave between its rails and tracks on
certain streets.

Denied November 7, 1894, with costs.

It appeared from the answer that owing to financial straits in which respondent is placed, it is impossible for its officers to borrow or otherwise raise the money to pay for such paving.

Held, that mandamus will-not lie in such case; and further, that where no issue is framed upon the answer the statement of facts contained in the answer must be taken as true.